No. 10-8193. Carlos Lopez, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1653.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 680.

No. 10-8194. Eric Martin, Petitioner v. Greg McQuiggin, Warden.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1662.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-8197. Larry Mattox, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1694, ■

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8198. David Alan Aldridge, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1576.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 615 F.3d 589.

No. 10-8199. Otis Charles Brown, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1624.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8201. Decarlos Brooks, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1519, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1700.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 103.

No. 10-8202. Felix Brown, Jr., Petitioner v. Margaret Bradshaw, Warden.

562 U.S. 1238, 131 S. Ct. 1520, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1529, ■

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 265, 933 N.E.2d 259.

No. 10-8204. Miguel A. Baez, Petitioner v. United States.

562 U.S. 1238, 131 S. Ct. 1520, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1543.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.